UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROGER A. FOX, SR.,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

Case No. 2:12-CV-00551
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah M. King

## ORDER

On June 18, 2013, the Magistrate Judge issued a Report and Recommendation in this case recommending that the case be reversed pursuant to Sentence 4 of 42 U.S.C. § 405(g) and remanded for further consideration. (ECF No. 25.) The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of the right to review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED**. The decision of the Commissioner of Social Security is **REVERSED** and this action is hereby **REMANDED** for further proceedings consistent with the June 18, 2013 Report and Recommendation.

**IT IS SO ORDERED.**

8-5-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE