AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ROGER A. FOX, SR.,**

       **Plaintiff,**

                              **JUDGMENT IN A CIVIL CASE**

**v.**

                              **CASE NO. 2:12-CV-0551**
**COMMISSIONER OF**              **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**             **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendant.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

       **Pursuant to the ORDER filed August 5, 2013, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further proceedings.**

Date: August 5, 2013                                     JOHN P. HEHMAN, CLERK

                                                */S/ Andy F. Quisumbing*
                                                (By) Andy F. Quisumbing
                                                Courtroom Deputy Clerk